IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRACY LEE HOLMES, SR.,

Plaintiff,

vs.

STATE OF NEBRASKA, NEBRASKA STATE PATROL, NEBRASKA SEX OFFENDER REGISTRY, JIM PILLEN, Governor of Nebraska, in his official capacity; MIKE HILGERS, Attorney General of Nebraska, in his official capacity; ANDI HART, Sex Offender Registration Manager, in official and individual capacity; BRYAN WAUGH, Superintendent, Nebraska State Patrol, in official capacity; DON W. KLEINE, Douglas County Attorney, in official capacity; AARON HANSON, Sheriff of Douglas County, in official capacity; TODD SCHMADERER, Chief of Police, City of Omaha, in official capacity; BARB LEWIEN, records official, in official and individual capacity; CITY OF OMAHA, COUNTY OF DOUGLAS, JOHN DOE, registration, correctional, and records officials, in official and individual capacities; and JANE DOE, registration, correctional, and records officials, in official and individual capacities;

Defendants.

**8:26CV555**

**ORDER**

Plaintiff Tracy Lee Homes., Sr., a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine

whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 23rd day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge