IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY LEE HOLMES, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, et. al.;<br><br>Defendants. | **8:26CV555**<br><br>**MEMORANDUM AND ORDER** |

The matter is before the Court on a Motion for Summons, Filing No. 3, filed by Plaintiff Tracy Lee Holmes, Sr. ("Plaintiff"). For the reasons that follow the motion shall be denied as premature.

Plaintiff filed a complaint on September 21, 2026 (the "Complaint"). Filing No. 1. Rule 4 of the Federal Rules of Civil Procedure requires a plaintiff to serve each defendant with a summons and a copy of a complaint. *See* *Welch v. Byrd*, No. 4:23CV3186, 2024 WL 3292696, at *1 (D. Neb. July 3, 2024). However, because Plaintiff is proceeding in forma pauperis, [1] the Court is first required to review the Complaint to determine whether summary dismissal is appropriate (the "Initial Review").[2] *See* 28 U.S.C. § 1915(e). As the Initial Review of Plaintiff's Complaint has not yet been performed, any motions for summons must be denied without prejudice as premature until the Court has determined that the Complaint, or some portion of it, may proceed to service of process. *See* *Abdi v. Jennings*, No. 8:25CV515, 2026 WL 37692, at *1 (D. Neb. Jan. 6, 2026) (citing *Jackson*

[1] *See* Filing No. 6 (granting motion to proceed in forma pauperis).

[2] The Court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

*v. Herrington*, 393 F. App'x 348, 353 (6th Cir. 2010) ("Rule 4 requires plaintiffs to serve each defendant with a summons and a copy of the complaint. But district courts cannot issue summonses in in forma pauperis prisoner [or non-prisoner] cases until after screening the complaint for frivolousness and other defects under 28 U.S.C. §§ 1915(e) and 1915A(b).")).

IT IS THEREFORE ORDERED that:

1. The Motion for Summons, Filing No. 3, is denied without prejudice as premature.

2. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 5th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court